# EXHIBIT B

### AFFIDAVIT OF SCOTT G. NACHEMAN, MSc.Eng., AIA, NCARB

I am Scott G. Nacheman, MSc.Eng., AIA, NCARB, a competent adult over the age of eighteen suffering under no disabilities and otherwise competent to give this affidavit. I hereby swear or affirm under the penalties for perjury that the following representations are true to the best of my knowledge.

1. I completed a Bachelor of Science in Architectural Studies from the University of Illinois at Urbana-Champaign in 1995. I subsequently obtained both Master of Science in Civil Engineering and Master of Architecture degrees from the University of Illinois at Urbana-Champaign in 1997. I have been licensed to practice Architecture in the State of Georgia since August 2023. I also hold licenses to practice in 21 other states.

2. I am currently the President and Managing Principal at White Birch Group, LLC. A true and accurate copy of my CV is attached hereto as Exhibit A. My CV details my education, training, work experience, and professional registrations. My opinions in this matter are based on my education, training, and work experience in the fields of architecture, engineering, and construction. I have worked in the fields of architecture, engineering, and construction since 1995.

3. I make this Affidavit for any lawful purpose. In particular, I have been asked to review project-related documentation regarding the Sapelo Island Marsh and Meridian Landing improvement projects to determine whether any of the actions of Stevens & Wilkinson GA, Inc. deviated from the standard of care during the course of project delivery.

**STATEMENT OF FACTS**

4.      It is my understanding that in May of 2018, Stevens & Wilkinson GA, Inc. entered into an agreement with the Georgia Department of Natural Resources for professional design services related to improvements at the Sapelo Island Marsh and Meridian Landings (the subject Project).

5.      Subsequent to completion of construction in October 2024, while numerous patrons were utilizing the Marsh landing gangway the aluminum gangway structure collapsed, resulting in approximately 20 individuals falling into the water.  As a result of injuries sustained from this incident, seven (7) fatalities ensued.

6.      The prime design contract for the subject Project is *Assignment Order No. 31 DNR-462-492-88101-AE1* of which a true and accurate copy of is attached hereto as Exhibit B.  This document identifies procurement of Architectural and Engineering Services for the "Sapelo Meridian and Marsh Landings Improvement".  The document defines the "Scope of Work" as that described in the documents titled: *General Requirements* and the *March 23, 2018, Scope of Services is to provide Professional Design, Civil Permitting and Construction Documents Services for the Meridian and Marsh Landings Improvements located at Sapelo Island, in McIntosh County, Georgia.*

7.      The *Assignment Order* document identifies Stevens and Wilkinson GA, Inc. as the "Design Professional" for the above-referenced Project.

8.       Section 1.2.4.9 of *Exhibit A, Design Professional Services Requirements*, included with the *Assignment Order* states that "The Design Professional shall furnish those consultants as are most normal and customarily necessary to complete the services as described in Section 2 as part of the Design Professional's Basic Services."

9.      Section 2.1.1 of *Exhibit A, Design Professional Services Requirements*, included with the *Assignment Order* further states that "Design services shall be provided consistent with The Process Guide" (the *2014 Georgia State Financing and Investment Commission Design Review Group Process Guide*), of which a true and accurate copy of is attached hereto as Exhibit C.

10.     The *Process Guide* Section 2.4.4 (Performance Specifications) states that "In any event, the Design Professional remains the designer of record for the Project and must certify compliance with all provisions of the Contract Documents."

11.     It is further established by *Process Guide* Section 4.8 (Shop Drawings and Submittals) that "Any element of the work that the Design Professional issues as a 'Performance Specification' requiring the stamp and seal of a specialty design architect or engineer must be carefully reviewed during the Shop Drawing Submittal Process. The Design Professional remains responsible for the complete design of the project and certification at Material Completion all work has been constructed in accordance with the Construction Documents and in accordance with all applicable and designated codes."

12.     Responsibility of S&W is further defined in *Exhibit A,  Reference 1*, included with the *Assignment Order* that includes a March 23, 2018 letter from Stevens & Wilkinson to the Georgia Department of Natural Resources.  On page 1 of the aforementioned letter S&W establishes that the firm will provide "overall project management" and will utilize EMC Engineering for marine and civil-related scope including the piers and related Marine Engineering.

13.    S&W and EMC produced Construction Documents, Sheet 1-C7.00, Rev C, dated 06/07/2019 titled "Marsh Landing Gangway Details". This drawing sheet delineates the general span and geometry requirements for two gangways proposed for the subject Project.

14.    Additional Project scope related to the gangways is included in the *Small Construction & Renovation Design-Bid-Build Project Manual Version 4/17/2018*, dated June 7, 2019 for the PROJECT NO. DNR-462-492-88269 Sapelo Island Marsh & Meridian Dock Replacement-Phase II.  Section E of the Manual references the Technical Specifications included in the "06.07.2019 100% Construction Documents."

15.    S&W produced the above-referenced "100% Construction Documents June 07, 2019" manual containing the detailed Technical Specifications for the Project.

16.    Contained within the Technical Specifications document is "Section 013300 Submittal Procedures".  This section requires that where Design Data is submitted, the contractor shall "Prepare and submit written and graphic information indicating compliance with indicated performance and design criteria in individual Specification Sections. Include list of assumptions and summary of loads. Include load diagrams if applicable. Provide name and version of software, if any, used for calculations. Number each page of submittal."

17.    Also contained within the Technical Specifications document is "Section 053300 Aluminum Marine Structures."  This section stablishes the requirements for the various over-water structures for the Project.  Specifically, this Section states:
"The following materials shall be submitted to the engineer for review:
a. Layout of all dock components with dimensions
b. Engineering calculations stamped by an engineer licensed in the State of Georgia that

show compliance with all dead and live load requirements and freeboard requirements under normal load conditions."

18.     Note, Technical Specifications Section 053300 was amended by Project "Addendum 2" on September 9, 2019.  This Addendum includes, among other content, a revision of the Aluminum Marine Structures specification.  The new document, titled "Specifications Section 05555 Aluminum Marine Structures", provides updated, more restrictive design criteria regarding the gangway loading and deflection criteria.

**OPINIONS**

19.     One basis for standard of care for usual and customary design services and project delivery in the Architecture/Engineering/Construction (AEC) industry is reflected within the suite of Contract Documents and related publications promulgated by the American Institute of Architects (AIA).

20.     This collection of contracts and related documents for design and construction related services has long been established as the de facto methodology for the delivery of building design and construction related services in the United States.

21.     A primary document providing commentary regarding AIA documents and establishing usual and customary procedures for the practice of Architecture and project delivery is the current edition of the American Institute of Architects *The Architects Handbook of Professional Practice, Fifteenth Edition* (2014).

22.      Chapter 10.9 of the *Handbook*, titled "Construction Phase Services", references processes and responsibilities for project-related Submittals.  Specifically, page 726 states:

"An architect who holds the prime contract with the owner and works with other design

disciplines as subconsultants can allow direct distribution to the consultants. However, the reviewed copy should be routed back through the architect to allow coordination of the architecture to the consultant's work".

23.    These above-referenced documents establish a baseline for the usual and customary standard of care that I have experienced throughout my career.  In addition, my opinions below are further supported by my nearly three decades of experience in the AEC industry.

24.    The above listed information, contracts, and project documentation referenced unequivocally establish the requirement for the Design Professional (S&W) to obtain, review, and approve required Submittals for the Project.

25.    Further, Section 4.8 of the *Process Guide* requires that "The Construction Professional is required to submit a Shop Drawing and Submittal Schedule for review and approval by the Design Professional as one of the Pre-construction requirements. Once approved, the Shop Drawing and Submittal Schedule must be closely administered by both Construction Professional and Design Professional."  It is usual and customary for the Design Professional to track all required submittals, the date of receipt, in addition to the status of review ("accepted", "revise and resubmit", etc.) to ensure that only approved products and materials are utilized in the finished construction.

26.    In the instance of the subject Project there is no record of the Design Professional or their subconsultants reviewing any engineering calculations or technical design criteria for the gangway components, despite both the customary and contractual requirements to so do. Further, the only available reviewed gangway-related Submittal documents are the "Sapelo Gangway - Make Corrections Noted 08.24.20 (2).pdf" and "SAPELO ISLAND MARSH LNDG-GANGWAYS - Revise and Resubmit (1).pdf" files.

These files include shop drawings that establish the size and geometry of the gangways, but fail to delineate any specific member dimensions, member sizes, or design/loading criteria.  These documents were prepared by Crescent Equipment Company and submitted to EMC Engineering Services for review.  EMC marked the documents respectively "MAKE CORRECTIONS NOTED" and "REVISE AND RESUBMIT".  However, EMC's notes do not contain any requests for loading data or design calculations as required by both the Project contract documents and standard of care.

27.    To date, I have not observed any additional documentation containing the engineering calculations and drawings as required by both the Project contract documents and the established standard of care.

28.    As noted above, although under usual and customary practices S&W may delegate specific scope of work to subconsultants, S&W is still the designated Design Professional under the prime contract with the client (State of Georgia DNR).  Therefore, S&W maintains ultimate responsibility for implementation of the contractual requirements of the Project and ensuring that contractual requirements and standard of care are upheld on the Project.

29.    In addition to the above-referenced contract requirements, the usual and customary standard of care as observed through my experience dictates that the Design Professional is responsible for coordinating the Construction Documents and related efforts of their subconsultants.

30.    Part of these Construction Documents include the Project Specifications for the subject Project. These Specifications explicitly require submission of drawings and engineering calculations of "all dock components" for review.

31. In absence of a review by S&W's engineer subconsultant, S&W bears responsibility for requesting, tracking, reviewing, and approval of all submittals for the Project. Even if S&W delegated gangway-related design scope, S&W is responsible for confirming their subconsultant reviewed the required calculations and related Submittal documents.

32. However, based on my review of documentation received to-date, it is apparent that neither S&W nor their subconsultants received or reviewed "signed and sealed" calculations and drawings for the gangways as required by the Project Manual. Therefore, the Design Professional did not confirm that the gangways complied with project specification or code requirements. However, S&W still permitted the installation and use of said gangways as both Design Professional and designated Building Official for the subject Project.

33. Further, as defined in the *Assignment Order* (contract) and *Process Guide*, S&W bears responsibility for site evaluations as both the Design Professional and the Building Official to "Confirm the Work complies with the Contract Documents and applicable codes."

34. S&W's failure to request and review, or require their subconsultants to request and review, documents explicitly required by the Contract Documents is a clear violation of the standard of care related to delegated design and project delivery.

35. My conclusions and opinions contained herein are based on my professional experience, evaluation of documentation, and sound investigation practices. These opinions are believed to be true and accurate as of the date of issuance. Should new information or additional documentation become available, I may amend or revise opinions accordingly.

**FURTHER AFFIANT SAYETH NOT.**

Scott G. Nacheman, MSc.Eng., AIA, NCARB

Sworn to and subscribed

before me, this _3rd_ day of

_____June_____, 2025.

Official Seal
EDUARDO MARTINEZ
Notary Public, State of Illinois
Commission No. 887926
My Commission Expires July 17, 2027

Notary Public
My commission expires:

Exhibit A

CV of Scott G. Nacheman



www.WhiteBirchGroupLLC.com

# SCOTT G. NACHEMAN, MSc.ENG., AIA

## CHICAGO, IL   |   773.590.2278   |   SCOTT@WHITEBIRCHGROUPLLC.COM

Scott G. Nacheman is a forensic Architect and Engineer with diverse multi-disciplinary experience.   Throughout his career, Mr. Nacheman has been involved in many facets of emergency response, incident management, building/structure stabilization, failure investigation, and repair/remediation; in addition to the personnel, financial, and office management responsibilities associated with forensic and AEC industry services.

A proven leader and problem-solver with a broad technical background, Scott has successfully conducted investigations and managed teams involved with some of the most complex and dynamic incidents and disasters impacting the built environment, worldwide.

At international consulting firms he has been responsible for the growth and management of multi-disciplinary teams specializing in large and complex investigations.  He helped to establish a start-up Forensic practice within a top-tier international structural engineering firm, in addition to launching and managing the firm's Chicago office. He has provided initial response/condition assessment services for buildings damaged by earthquakes, hurricanes, tornados, collapses, fires, explosions, and building envelope failures.  Further, he has experience conducting and managing construction defect evaluations, means and methods determination, and schedule/scope/cost analysis.

Throughout his over 28-year career, Mr. Nacheman has managed teams on many significant response and investigation assignments, including the 2019 New Orleans Hard Rock Hotel collapse and 2018 FIU Bridge collapse. He co-managed the $208MM Smithfield fire investigation in 2009, and was appointed by the Governor of Indiana to be Principal Investigator of the 2011 Indiana State Fair collapse incident.  Scott has responded to large commercial building failures following Hurricanes Katrina, Ike, Harvey, Irma, Maria, Ian, CAT90/Sandy, the Christchurch New Zealand earthquakes, the Joplin Tornado, and many other large loss events. In addition, he has provided investigation and remedial design services for iconic structures such as the Chrysler Building and Empire State Building in New York City, and The Wrigley Building in Chicago.

Scott's proficiency in disaster response, post-incident investigations, and disaster mitigation builds upon his experience working as a first responder in New York and Illinois, where he has served as a Firefighter, Lieutenant, and Instructor since 1991. He currently serves as a Structures Specialist with DHS/FEMA Urban Search and Rescue (US&R) IN-TF1, the FEMA US&R IST incident management team, and Illinois US&R Task Force-1.  In June/July of 2021 he was assigned as the Lead Incident Structures Specialist, responsible for coordination of engineering, building monitoring, and structural hazard mitigation during Urban Search and Rescue (US&R) operations at the Champlain Towers South building collapse in Surfside, Florida.

Mr. Nacheman earned Masters Degrees in both Architecture and Civil Engineering from the University of Illinois at Urbana-Champaign.  In addition, he holds licenses and certifications in numerous states, and has authored many presentations, papers, and articles.

A recognized authority and subject matter expert, Mr. Nacheman regularly provides instruction to the engineering, design, fire service, and military communities on topics of emergency response, damage assessment and building collapse rescue operations.  As an expert, he has testified in numerous matters.

## AREAS OF TECHNICAL EXPERTISE INCLUDE

- Emergency Response
- Forensic Architecture
- Forensic Engineering
- Structure Stabilization

## EDUCATION

- M.S. Civil Engineering, 1997, University of Illinois at Urbana-Champaign.
- Master of Architecture, 1997, University of Illinois at Urbana-Champaign.
- B.S., Architectural Studies, 1995, University of Illinois at Urbana-Champaign.

## LICENSURE AND REPRESENTATIVE CERTIFICATIONS

- Licensed/Registered Architect:
  Alabama, Florida, Georgia, Illinois, Indiana, Iowa, Kentucky, Louisiana, Michigan, Mississippi, Missouri, Montana, Nebraska, New Mexico, New York State, North Carolina, Ohio, Oregon, South Carolina, Tennessee, Texas, Wisconsin.

- National Council of Architectural Registration Boards (NCARB) Certification.

- Structures Specialist (Advanced.) - Urban Search & Rescue, FEMA/U.S. Army Corps of Engineers.

- High Angle Rope Operations/Rescue (NFPA 1670), IFSI, National Fire Academy.

- Hazardous Materials, Operations Level, NFPA 472 OSHA, 29 CFR 1910.120(q)

- Structural Collapse Rescue Technician, NFPA 1006/1670. University of Illinois Fire Service Institute.

- Safety Assessment Program (SAP) Evaluator / Instructor, Post Earthquake Evaluation of Buildings, California Office of Emergency Services (CalOES).

- PADI / ISO 24801-2, Level 2 Autonomous Diver Standard Certification.

- Certified Fire and Explosion Investigator, NAFI CFEI/ NFPA 921. (2000-2015).

- National Incident Management System (NIMS/ICS): Level 100, 200, 300, 400, IS700, IS800, IS800b.

- Instructor I / II  Certified – Instructor Professional Qualifications. National Fire Academy/NFPA 1041 Standard.

## PROFESSIONAL ACTIVITIES

- American Society of Civil Engineers (ASCE) Structural Condition Assessment (ASCE-11-28) Steering Committee & Tech Committee Member. 2023-present.

- ATC - Recommendations for Cordoning Earthquake-Damaged Buildings. FEMA/NEHRP  P-2055-2 / Project Review Panel. September 2023.

- Applied Technology Council (ATC) / FEMA DRRA. Technical Committee Member, Section 1241(a) Post-Disaster Building Safety Assessment, 2019-2020.

- National Fire Protection Association (NFPA). Principal Member, NFPA 241-Technical Committee on Construction and Demolition, 2003-present.

- National Council of Structural Engineers Associations (NCSEA). Co-Chair, Structural Engineers Emergency Response Comm, 2007-2018; Member, 2002-present.

- Advisory Group on Temporary Structures (AGOTS). Temporary demountable structures: Guidance on procurement, design and use (4 ed.) The Institution of Structural Engineers. United Kingdom. May 2017.

- American Society of Civil Engineers (ASCE). Infrastructure Resilience Division Committee; Chairman, Disaster Response & Recovery Advisory Committee, 2002-2008.

- American Society of Civil Engineers (ASCE).  Board Appointed Voting Member, Committee on Critical Infrastructure, 2008-2010; Corresponding Member, Committee on Critical Infrastructure, 2010-2014;

- National Fire Protection Association (NFPA). Principal Member, NFPA 5000-Structures and Construction Technical Committee-Building Code, 2000-2006.

- DHS/FEMA Urban Search and Rescue (US&R). Central Division Representative, Rescue Working Group, Structures Sub-Group, 2011-present.

- FEMA Whole Community Initiative, Mass Search and Rescue Core Capabilities Working Group.  2011-2012.

- Office of the Governor, State of Illinois - Illinois Seismic Safety Task Force.  Member and Co-chair of METRIC subcommittee,  2008-2010.

- Mutual Aid Box Alarm System (MABAS). Member, Urban Search & Rescue (US&R) Committee.

- Illinois Urban Search and Rescue (US&R) Steering Committee.  Member and Structures Specialist Sub-Committee co-chair, 2003-2007.

- Illinois Office of Homeland Security - Illinois Terrorism Task Force (ITTF).  Advisory Member and Co-liaison to Structural Engineers Association of Illinois, 2003-2010.

Scott G. Nacheman, MSc.Eng., AIA

## PROFESSIONAL ACTIVITIES, CONT.

- Great Lakes Partnership for Infrastructure Security and Interdependence. Steering Committee member; Monuments and Icon Structures Sub-Committee Co-chairman, 2003-2005.

- American Society for Testing and Materials (ASTM). Technical Committee Member, ASTM E06.55.08 - Performance of Buildings: Standard Practice for Industrial Rope Access, 2000-2002.

- National Association of Fire Investigators. 2000-2015.

- Structural Engineers Association of Illinois (SEAOI).

- American Institute of Architects (AIA). Task Group Leader, AIA Fire and Life Safety Task Force, 1998-2000; Member, Building Performance, 1998-2002.

- Society of Fire Protection Engineers. Fire Service Committee, 2000–2007; Task Group on Design Performance Criteria, 2000-2006; Design Team Liaison Task Group, 1998-2000.

## TEACHING AND INSTRUCTION

- Instructor, FEMA/US Army Corps of Engineers Structures Specialist program (Lead Instructor No. 17-050). May 2017-present.

- Instructor, Northeastern Illinois Public Safety Training Academy (NIPSTA), Glenview, IL. Jan 2009-present.

- Instructor, Applied Technology Council, ATC-20/45.

- Trainer, California Office of Emergency Services (CalOES) Safety Assessment Program (SAP).

- ICC Certified Trainer. When Disaster Strikes. Disaster Response Inspector.

- Instructor/Course Developer. Earthquake Claims Handling Certification - Section 2188.8(a) California Code of Regulations.

- Field Instructor, University of Illinois Fire Service Institute, Champaign, Illinois, May 2002-present.

- Guest Lecturer, Lyles School of Civil and Construction Engineering, Purdue University, 2025.

- Guest Lecturer, Civil and Architectural Engineering, Illinois Institute of Technology, 2002.

- Guest Lecturer, School of Architecture Graduate Program, University of Illinois Chicago, 2001.

- Supervisor, School of Architecture Construction Lab, University of Illinois at Urbana-Champaign, 1995-97.

- Paraprofessional Teaching Assistant, New York City Board of Education, part-time 1992-1995.

## EMPLOYMENT HISTORY

- White Birch Group, LLC
  -President / Principal, Chicago, IL. April 2023 - Present

- J.S. Held LLC
  -Sr. Vice President. Chicago, IL. Mar 2022-April 2023

- Envista Forensics
  -Practice Leader – Major Loss Group. Deerfield/Chicago, IL. May 2020-Feb 2022.

- DeSimone Consulting Engineers
  -Director, Chicago, IL. August 2016-May 2020.

- J.S. Held LLC
  -Vice President, Chicago, IL. May 2014-May 2016.

- Thornton Tomasetti, Inc.
  -Vice President, Chicago, IL. July 2009-May 2014.
  -Senior Associate. Chicago IL. July 2006-July 2009
  -Associate. Chicago IL. July 2003-July 2006

- LZA Technology/Thornton-Tomasetti Engineers
  -Project Director. Chicago IL. July 2001-July 2003
  -Senior Architectural Designer/Engineer. Chicago IL. October 2000-July 2001
  -Senior Architectural Designer/Engineer. New York, NY. April 2000-October 2000
  -Architectural Designer/Engineer. New York, NY. September 1997-April 2000.

- Turner Construction Company
  -Project Engineer/Project Manager. Chicago IL. May 1997-September 1997.

## FIRE SERVICE AND RESCUE EXPERIENCE

- Incident Support Team (IST) Structures Specialist. DHS/FEMA National Urban Search and Rescue Response System. June 2006 – present.

- Structures Specialist/StS Cadre Manager. Illinois Urban Search and Rescue Task Force, IL-TF1. March 2003 – present.

- Structures Specialist; TIS/Planning Section. DHS/FEMA Urban Search and Rescue Task Force, IN-TF1. May 2002 – present.

- Technical Rescue Team Member (Special call). Northbrook Fire Department. Northbrook IL. October 2004 – 2021.

- Lieutenant. Engine Company No. 2. Jericho Fire Department. Jericho, NY. Aug 1999 - April 2000.

- Firefighter. Edge-Scott Fire Protection District. Urbana, IL. 1993-1997 (part-time, seasonal).

- Firefighter. Jericho Fire Department. Jericho, NY. April 1991- April 2000 (part-time, seasonal).

## RESEARCH AND DEVELOPMENT

- Lizundia, B; Bobenhausen, C; Grant, R; Huston, E; Kornfield, L; Nacheman, S; Olk, J.  FEMA P-2055. Post-disaster Building Safety Evaluation Guidance - Report on the Current State of Practice including Recommendations Related to Structural and Nonstructural Safety and Habitability. *In response to the Disaster Recovery Reform Act of 2018, Sec 1241, the Guide is a best practice guideline document providing interim recommendations for issues. It identifies recommended improvements and needs, including a primer for state, local, tribal, and territorial governments that have the authority to set standards or policy related to the implementation of post-disaster evaluations, to protect the design professionals who volunteer as evaluators, and legislation to create the authority to evaluate and post buildings, deputize evaluators, and restrict occupancy.*

- Barker, M; Hammond, D; O'Connell, J; Stone, H. Building Stabilization Guidebook.  United States Department of Homeland Security, Science & Technology Directorate. Contract 232562US: Mod-01. *Development of a comprehensive field manual for vertical and lateral shoring, in-situ rapid strengthening and/or repair of damaged building components. Designed as a tool for engineers and first responders to use as a reference when assessing and mitigating hazards at a structural collapse of a building.  Content is based on the experience of Structures Specialists, other engineers who have been involved with emergency and rescue engineering efforts and traditional first responders.*

- Lambros, J, Nacheman, S., Secondary Building Collapse Detection Using Digital Image Correlation. Illinois Homeland Security Research Center Seed Grant Support Program.  *Development of a secondary collapse detection system that works outside the limitations of current and traditional single point detection systems.  The project proposes to adapt a wide field of view laboratory based strain measurement tool - digital image correlation - to detect translations and rotations of structures that can indicate imminent collapse and provide for an early warning for first responders operating within structurally-compromised structures.*

- Peña-Mora et al., ITR: IT-based Collaboration Framework for Preparedness Against, Response to, and Recovery from Disasters Involving Critical Physical Infrastructures (CP2R), NSF Award# CMS-0427089: Advisory Member to a research team developing technology to improve the response to disasters

involving the built environment by refining the interaction of  firefighters, police officers, medical personnel, experts, the original civil engineers and constructors who were involved with the construction of the affected infrastructure, and IT components, including sensors and systems of sensors embedded in the critical physical infrastructure.

- Murphy, et al., Documenting Damage to Multi Story Commercial Structures Along the Gulf Coast Using Rotary-Wing Vehicle. National Science Foundation Small Grant for Exploratory Research CMS 0554059. *Served in an advisory capacity to the Principal Investigators at the Center for Robot-Assisted Search and Rescue (CRASAR) at the University of South Florida for their evaluation of building collapse imagery and data obtained utilizing a miniature unmanned aerial vehicle.*

- postFIRE Project (Performance Observations of Structures/Fire Incident Research and Evaluation) - Building Performance Research Institute (BPRI):  *As an adjunct director of the BPRI, developed a methodology utilizing a Building Performance Module Adjunct to the National Fire Incident Reporting System (NFIRS) for establishing a Building Performance Database to address the information deficiency that exists relative to accurate "real" fire data.  In addition to providing an organized means of analyzing building performance for building/fire prevention code development and validation, the project encouraged collaboration and cooperation between the fire service and building design professions, thereby fostering a better understanding of each other's role in fire safety.*

## EXEMPLAR SWORN TESTIMONY

- Deposition, River North II, LLC v. Dale Dillon Construction, Inc., et. Al. American Arbitration Association Construction Industry Arbitration Tribunal. Case No. 01-19-0002-6535. April 16, 2024

- Deposition, Golden Bear Golf Club LLC et al v. Allied World Assurance Co US District Court Middle District of Florida-Orlando Div. No. 6:21-CV-766-RBD-EJK October 17, 2022.

- Arbitration and Deposition, Kilroy's Indy, LLC v. Meridian Investment Properties, LLC. March 2021

- Trial Testimony, Anchor Reef Association, Inc. v. Anchor Reef Club at Branford, LLC, et al. Superior Court J.D.at New Haven. NNH-CV15-5035770-S. April 17, 2017.

- Deposition, Polet, et.al v. Mid-America Sound, et.al, May 29, 30, 31, August 26, 27, 2013. Resulting from the Indiana State Fair Collapse incident.

- Deposition, Ryszard Krzak v. 1001 West Van Buren, LLC, et al, November 15, 2011. (Party). Litigation regarding a job-site injury at a construction site.

- Deposition, One Indiana Square Associates, LLC. v. Federal Insurance Company. July 29, 2009. Regarding exterior wall damage to a high-rise.

- Deposition, Wells Fargo, et al, v. Envirobusiness Inc., et al, v. 318 West Adams, LLC, et al,. July 7, 2009. Regarding the condition of concrete structure and masonry components and cladding.

- Deposition, Wexford Capital Partners, LLC, v. 318 W. Adams, LLC v. Garfield and Merel, Ltd., et al. May 13, 2004. Regarding the condition of concrete structure and masonry components and cladding.

## HONORS AND AWARDS

- 2019 Charles W. Nothnagel Award for Public Service. Illinois Chapter of the AIA.

- 2012 Rising Star in Structural Engineering. Structural Engineer Magazine, March 2012.

- Named a "Top 20 under 40" Professional, Engineering News Record ENR Midwest, 2010.

- Meritorious Publication Award, Wind-induced Curtain Wall Damage and Moment Resisting Frame Performance: The Emergency Response, Stabilization, Analysis, Testing and Retrofit of a 36-Story Urban High-Rise, Structural Engineers Assoc of Illinois, 2010.

- Best of 2010, Award of Merit: One Indiana Square Project. McGraw-Hill, Midwest Construction. September 2010.

## HONORS AND AWARDS, CONT.

- Service Award, City of New York - DDC. For service at Ground Zero following Sept. 11, 2001 terrorist attacks. September 2002.

- Unit Commendation Award, Jericho FD. For service performed at scene of a technical extrication. 2000.

- Fire Service Citation. Town of Oyster Bay, NY. For emergency service at a major Haz-Mat incident. 1999

## MEDIA

- *"When Buildings Collapse: Disaster in Surfside"* Discovery Channel documentary. Studio and on-site interviews. November 2021.

- On Camera Interviews/Press Conference regarding Surfside Collapse. Global networks. June-July 2021.

- Profiled in "11 Questions". Structural Engineers Association of Illinois. *Bulletin*. July 2019.

- "Prepare Your Building For A Hurricane Before it's too Late". Valerie Dennis Craven. Interview for *Buildings Magazine*. June 2018.

- Alumni News Profile – *CEE Magazine*. Civil and Environmental Engineering, University of Illinois at Urbana-Champaign. Summer 2012.

- On Camera Interviews/Press Conferences regarding investigation of Indiana State Fair Collapse Incident. Multiple national networks and local affiliates. August – September 2011.

- Student of Disaster. Thornton Tomasetti, Inc. 2007 Annual Report. Profiled in *People* section regarding emergency response experience. Page 34. May 2008.

- On Camera Interview/Press Conference regarding status of stabilization and repairs to One Indianapolis Square curtain wall collapse. WTHR/NBC. April 19, 2006.

- "Surveying the Damage" on *CNN American Morning*. On-camera studio interview regarding remote damage assessment work utilizing CRASAR unmanned aerial vehicles for post-Katrina evaluations. Dec. 8, 2005.

- "Glenview Personality" Profiled in weekly column regarding an area resident. *Pioneer Press*. Jan 2004.

- "New Options- And New Requirements" By Barbara L. Vegetius Lundin. Interview regarding code development process and progress. *Building Operating Management*, November 1998.

## SELECT PROJECT EXPERIENCE

### Emergency Response

- World Trade Center Disaster.  New York, NY. Immediate damage assessment of buildings in the collapse area, assistance with demolition and temporary stabilization procedures, design of grillages and analysis of existing structures to support cranes and heavy-lift equipment, coordination of the survey monitoring of existing damaged structures, and inspection of buildings in the area surrounding the collapse site.
- Precast Concrete Collapse.  Chicago Suburbs. Mutual Aid Box Alarm System (MABAS) fire department response for emergency stabilization guidance required due to a collapse at a three-story precast concrete parking structure.

### Forensic Architecture

- Chrysler Building.  New York, NY. Investigation and repair design for exterior restoration of a landmark building, including masonry distress repairs, stainless steel sheet metal failures, steel framing issues and water infiltration.
- High-Rise Building, Curtain Wall Mullion / Fin Failures. Chicago, IL. Investigation of damage at the fasteners anchoring the vertical ornamental fins to the vertical mullions of a high-rise building. The wall system is a unitized curtain wall system consisting of a two-part architectural element extending from the face of the vertical mullion.

### Forensic Structural

- 31 Canal Street (Hard Rock) Hotel Collapse. New Orleans, LA.  Project Manager for cause and origin forensic investigation, rigging and shoring plan development/review, evidence protocol development, on site evaluation, evidence collection, structural analysis, and testing.
- FIU Pedestrian Bridge Collapse, Miami, FL. Mobilized for scene documentation, evidence collection, co-managed the structural analysis to determine the cause and origin of the collapse, and developing conceptual repair/retrofit design options.
- MGM National Harbor Parking Garage Precast Panel Failure.  Oxen Hill, MD.  Emergency stabilization, shoring design, structural evaluation, deficiency documentation, root cause determination, retrofit design review, and retrofit installation observation following collapse of a 60,000-pound precast panel.
- Indiana State Fair Collapse Incident Investigation. Indianapolis, IN. Principal investigator for State of Indiana's independent Cause and Origin investigation regarding the failure of an entertainment rigging stage structure on the evening of August 13, 2011.

- Trump Soho, New York, NY. Emergency stabilization and forensic investigation of concrete framework that collapsed during concrete construction on the 42nd floor of a new residential tower.
- Earthquake Response.  Christchurch, NZ. Structural condition assessment of multiple buildings following a 6.3 magnitude earthquake in February, 2011. Identifying structural and non-structural damage to assist insurers in claim evaluation and review of proposed building repairs for feasibility and compliance with revised design standards.

### Structural Stabilization

- 4 Times Square (Conde Nast Building) Elevator / Scaffold Collapse.  New York, NY. Emergency response, stabilization, and forensic investigation after the partial collapse of a 50-story construction elevator and scaffold tower.
- One Indiana Square, Façade Failure Emergency Response, Stabilization and Repairs.  Indianapolis, IN. Emergency response and stabilization for façade damage to a 36-story building that occurred as a result of severe weather conditions.
- P.S. 153.  New York, NY. Emergency stabilization and repair of a collapse at a steel-framed, masonry-clad, 1930s school building.

### Multi-Disciplinary Evaluation / Investigation

- USVI Port Authority Hurricane Damage Assessment. Manager for the evaluation and assessment of over 120 commercial, industrial, and residential properties located across the three US Virgin Islands following Hurricanes Irma and Maria.
- Wyndham Properties – USVI.  Manager for multidisciplinary (structure, envelope, MEP, etc.) evaluation of 3 separate multi-building resort complexes on St. Thomas Island following the 2017 Hurricane season.
- One Indiana Square/Regions Bank – Indianapolis, IN. Investigation of building lateral system and design of over-clad curtainwall system supported on new external steel framing system.
- Joplin, MO Tornado Damage Assessment.  Condition assessment of more than 20 commercial and residential buildings.

## SELECT PROJECT EXPERIENCE, CONT.

### Litigation Support / Dispute Resolution

- <u>Watergate Hotel parking garage collapse</u>.  Dispute regarding causation and responsibility of a multi-story partial collapse during renovations at the Washington DC hotel complex.
- <u>Meat Processing Plant</u>.  Dispute regarding scope and conditions at a 120-year-old, 1.2-million-square-foot meat-processing facility.  Required detailed structural, architectural and MEP evaluation/documentation, material testing of components throughout the facility, development of schematic design drawings, specifications and a bid package to assist the client in developing an accurate budget for repairs.
- <u>Vehicle Manufacturing Plant</u>.  Subrogation support regarding a roof failure at a vehicle manufacturing facility in the Midwest.
- <u>Luxury High Rise</u>.  Dispute between a condominium developer and a condominium association regarding alleged design and construction defects relating to structural, architectural and MEP components.
- <u>Auto Dealership.</u>  Dispute between an owner and a tenant of an automobile dealership facility regarding alleged structural and related damage at the property.
- <u>Loft Conversion.</u>  Dispute between a developer and architect regarding a 74-unit loft condominium conversion project and improper standard of care resulting in an incorrect proforma.
- <u>Condo Development.</u>  Dispute between a condominium association and developer in Fort Lee, NJ regarding deficiencies in building envelope and HVAC systems in a high-rise residential tower.
- <u>Cold-Storage Warehouse</u>.  Dispute between multiple parties involved with the development, design and construction of a 10-story, concrete and masonry cold-storage warehouse, converted to upscale residential loft apartments. Defects included structural, building envelope and MEP systems.

*Continues Next Page*

Scott G. Nacheman, MSc.Eng., AIA

## PAPERS, PUBLICATIONS, PRESENTATIONS

- "Disaster in Davenport". 16th Annual Project Management Symposium. Vanderbilt University School of Engineering. May 20, 2025.

- "Existing Buildings Lessons Learned", SEAoAL Spring Seminar. April 10, 2025.

- "Collapse" American Bar Association Division III Construction Forum, February 5, 2025.

- "324 N Main Street" SEAOI Dinner Meeting/Webinar, December 3, 2024.

- "Collapse Investigation: 324 N Main Street" NCSEA Summit. Las Vegas, NV. November 6, 2024.

- "When Peril Strikes Paradise". Lloyds of London Property Insurance Claims Group Conference. London, UK. May 9, 2024

- "New Orleans Hard Rock Hotel Collapse". Pacific Building Expo (PBX22). Honolulu, HI. November 18, 2022. (Co-author/presenter).

- "Wrong People, Wrong Decisions". NASP Annual Conference, Marco Island FL, November 7, 2022.

- "Progressive Failure: The Response, Risk, and Reality of Collapse". Lloyd's of London Property Insurance Claims Group (PICG) Conference, London, UK. May 11, 2022.

- "The Indiana State Fair Collapse Incident" Structural Engineering Association of New Hampshire. November 10, 2020. (Presenter).

- "Evolving Paradigms in Post-Disaster Safety Assessment: The Structural Engineers' Role" NCSEA Structural Engineering Summit. November 5, 2020. (Co-presenter).

- "FIU Pedestrian Bridge Collapse Investigation". Pacific Building Expo (PBX20). Honolulu, HI. October 27, 2020. (Co-presenter).

- "Structural Failures – Then and Now, What We Have Learned". Structural Engineers Association of Massachusetts. September 24, 2020.

- "Pedestrian Bridge Collapse Forensic Investigation". SEAOI / NCSEA 17th Annual Bridge Symposium. August 13, 2020. (Co-presenter).

- "Pedestrian Bridge Collapse Investigation". Structural Engineers Association of PA. April 20, 2020. (Co-presenter).

- "Expert Investigations of Façade Failures". The New York Association of Independent Adjusters, Inc. Annual Conference. New York, NY. April 11, 2019.

- "Post-Earthquake Response and Recovery". Earthquake Engineering Research Institute Annual Conference, Vancouver, BC, Canada. March 2019.

- "SEER Update/ISFC Collapse". Tennessee Engineers' Conference. Sept. 2018, Nashville, TN

- "Earthquake! Lets Get Ready To Rumble". Loss Executives Association Spring Conference. Newport, RI, June 2018 (Panelist).

- "Structural Engineers Emergency Response, Temporary Structures and the Indiana Fair Collapse" at Structural Engineers Association of Michigan Statewide Structural Conference. April 28, 2016, Lansing, MI (Presenter).

- "Indiana State Fair Collapse Incident" at Structural Engineers Association of Illinois Investigations, Failures and Repairs of Existing Structures Conference. May 19, 2015. Chicago, IL (Co-presenter).

- "Indiana State Fair Case Study: The Technical Perspective" The Event Safety Summit. December 2, 2014. Tait Towers, Lititz, PA (Presenter and Panelist).

- "Building Construction 2014," FDIC: Fire Engineering Fire Department Instructors Conference, Indianapolis, IN. April 2014 (Presenter).

- "Indiana State Fair Collapse". Structural Engineers Association of Ohio Annual Conference. September 11, 2014. Columbus, OH (Presenter).

- "Indiana State Fair Collapse" at Indiana Structural Engineers Association Spring Conference. Indianapolis, IN. March 2014 (Presenter and Panelist).

- "Building Construction in 2014: You Haven't Seen Anything Yet!" NDFA Leadership Conference. January 11, 2014. Bismarck, ND. (Presenter).

- "Indiana State Fair Collapse Incident and Temporary Demountable Stages" at PLASA Rigging Conference, London, UK. October 2013 (Presenter/Panel Chair).

- "Building Construction 2013" FDIC: Fire Engineering Fire Department Instructors Conference. Indianapolis, IN. April 2013 (Presenter).

- "What We Learned from the Indiana State Fair Collapse Incident", United States Institute for Theatre Technology 2013 Conference. Milwaukee, WI. March 2013 (Presenter).

## PAPERS, PUBLICATIONS, PRESENTATIONS, CONT.

- "Compliance with Authorities", EventLive Expo, Los Angeles, CA, February 2013 (Co-presenter).

- "What We Learned from the Indiana State Fair Collapse Incident". Meeting of the Structural Engineer's Association of NY and American Society of Civil Engineers Met Section. November 2012 (Presenter).

- "Indiana State Fair Collapse: Anatomy of a Failure" Proceedings of the 6th Congress on Forensic Engineering. San Francisco, CA, November 2012 (Co-author).

- "What We Learned from the Indiana State Fair Collapse Incident," Structural Engineering Institute, Illinois Chapter and Structural Engineers Association of Illinois, Chicago, IL, October 2012 (Presenter).

- "Ground Supported Structures," PLASA Rigging Conference, London, UK, September 2012 (Co-presenter).

- "Best Practices in Mitigating Risk at your Sport Venue," National Sports Safety and Security Conference, New Orleans, LA, August 2012 (Co-presenter).

- "Ripple Effect: How the Indiana State Fair Collapse Incident is Changing the Rules," Venue*Connect,* IAVM Foundation, Fort Lauderdale, FL, July 2012

- "Building Construction 2012" FDIC: Fire Engineering Fire Department Instructors Conference. Indianapolis, IN, April 2012 (Presenter).

- "Structural Engineering Emergency Response" Keynote Address at the 2011 Spring Conference of the Oklahoma SEA.  March 2011 (Presenter).

- "Equipment Distribution for Structural Stabilization and Civilian Rescue*," International Journal of Information Systems for Crisis Response and Management* (IJISCRAM) Volume 3, Issue 1 2011 (Co-author).

- "Disaster Assistance: Opportunities for Architects at the Local and Regional Level," The Role of Designers in Disasters Symposium, Build Boston Conference, Boston, MA, November 17, 2010 (Presenter).

- "A GIS Approach to Equipment Allocation for Structural Stabilization and Civilian Rescue," 7th International Conference on Information Systems for Crisis Response and Management (ISCRAM), Seattle, WA, May 2-5, 2010 (Co-author).

- "Collapse Case Study and Technology Transfer Opportunities," U.S. Department of Homeland Security, Science and Technology Directorate; Near-Collapse Building Workshop for Emergency Management Personnel, April 28-29, 2010 (Presenter).

- Second Opinion Leads to Substantial Savings in Evaluation and Repair of Marble Façade," *STRUCTURE Magazine*, March 2010 (Co-author).

- "Wind-Induced Curtain Wall Damage and Moment Resisting Frame Performance: The Emergency Response, Stabilization, Analysis, Testing and Retrofit of a 36-Story Urban High-Rise," *Forensic Engineering: Proceedings of the Fifth Congress*, ASCE, November 2009 (Co-author).

- "Lessons Learned in Forensic and Rescue Engineering," National Council of Structural Engineers Associations Fall Conference, Scottsdale, AZ, October 16, 2009 (Co-presenter).

- "Structural Collapse Concepts," 2009 Indiana Emergency Responder Conference, Indianapolis, IN, August 20, 2009 (Presenter).

- "What Goes Up Can Come Down: Collapse Concepts and Case Studies" FDIC: Fire Engineering Fire Department Instructors Conference. Indianapolis, IN, April 2009 and April 2008.

- "Second Opinion Cuts Condo Repair Bill in Half," *Northern Illinois Real Estate Magazine*, July 2007.

- "The Pentagon Attack and Structural Engineering Emergency Response," University of Minnesota, 2007 Structural Engineering Seminar Series, St. Paul, MN, February 2007 (Presenter).

- "Prepare, Respond, and Recover: Engineers' Involvement with Local Disasters" ASCE Conference on Critical Infrastructure, Chicago, IL, October 19, 2006 (Co-presenter).

- "A Culture of Safety – Lessons Learned from the One Indiana Square Building Disaster" Metropolitan Indianapolis Coalition for Construction Safety, Indianapolis, IN, July 2006 (Co-presenter).

- "Homeland Security and Urban Search & Rescue Systems in the Midwest," Indiana Society of Professional Engineers 65th Annual Convention*,* Indianapolis, IN, May 2006 (Presenter).

- "Building Construction Concepts for Collapse Incidents," FDIC: Fire Engineering Fire Department Instructors Conference*,* Indianapolis, IN, April 2006

- "Fire Performance Criteria of Archaic Materials & Assemblies Necessary to Implement Performance-Based Fire Safety," APT Codes Conference, Chicago, IL, April 2006 (Co-author).

## PAPERS, PUBLICATIONS, PRESENTATIONS, CONT.

- "Focus: Risk Management," *The Fire Prevention and Fire Engineers Journal*, March 2006 (Co-author).

- "Evaluating Building Envelope Distress in Chicago" ASCE Architectural Engineering National Conference, Omaha, NE, March 2006 (Presenter).

- "Special Interest: A New Breed of Private-sector Response Specialists" *Fire Protection and Fire Engineers Journal,* Volume 402, March 2006 (Co-author).

- "Current Chicago Façade Ordinance: Case Study of Recent Building Façade Failures," Structural Engineers' Buildings Conference and Expo, Chicago, IL, December 2005 (Co-presenter).

- "Engineers and Emergency Response: Current Practices and Recommendations for the Future," *Forensic Engineering: Diagnosing Failures and Solving Problems*, Proceedings of the 3rd International Conference, Institution of Civil Engineers, London, UK, November 2005 (Author).

- "The Engineer's Role in Emergency Response to Disasters," Plenary Session, The University of Illinois at Urbana Champaign Department of Civil Engineering 6th Annual Structural Engineering Conference, April 2005 (Presenter).

- "A Real Stress Test," *Fabricating and Metalworking Magazine*, June 2004 (Co-author).

- "Role of the Engineer in Homeland Security and Business Recovery/Continuity Operations," Great Lakes Partnership for Infrastructure Security and Interdependence Kickoff, Chicago, IL, November 19, 2003 (Presenter).

- "Role of the Structures Specialist during the FEMA Urban Search and Rescue (US&R) Deployments to the September 11, 2001 Terrorist Attacks," *Forensic Engineering: Proceedings of the Third Congress*, ASCE, October 2003 (Co-author).

- "Achieving Robustness through Performance-Based Structural Fire Engineering," Designing Structures for Fire Conference, SFPE/ASCE-SEI, October 2003 (Presenter).

- "Floor Plans, Evacuation and Rescue in High Rise Buildings," Federal Emergency Management Agency (FEMA) Building Sciences Seminar, National Emergency Management Institute, Emmitsburg, MD, May 2002 (Presenter).

- "Structural Collapse Rescue Technician Class Manual," Illinois Fire Service Institute, University of Illinois Fire Service Institute, Champaign, IL, April 2002 (Co-author).

- "Performance-Based Design," National Fire Protection Association Fall Conference, Dallas, TX, November 2001 (Presenter).

- "Fire Incident Documentation for the Twenty-First Century: A System for Post-Incident Documentation of Building Performance," inFire (International Network for Fire Information and Reference Exchange) Annual Conference, Worcester, MA, May 2001 (Presenter).

- "Ask The Engineer," *Fire Engineering*, Volume 153, Number 8, Penwell Publishing, Saddle Brook, NJ, August 2000 (Co-author).

- "Building Performance Module Adjunct to the National Fire Incident Reporting System (NFIRS), A Response to the Need for Improved Performance-Based Fire Data," Proceedings: 1999 Fire Risk and Hazard Research Application Symposium, NFPA/ The Fire Protection Research Foundation, Quincy, MA, June 1999 (Co-author).

- "What Fire Fighting has Taught one Architect about how all Design Professionals Should Address Fire Safety," *Architectural Record,* March 1998 (Author).

- "Where There's Fire and Smoke, There's a Chance to Make a Difference," *AIArchitect*, Volume 5, American Institute of Architects, Washington, DC, March 1998 (Author).

- "Trench Safety: Advice for the Engineer," CE 498 Class Text, James Lefter, et, al, University of Illinois at Urbana-Champaign, Department of Civil Engineering, Urbana, IL, 1996 (Author).

## ADDITIONAL TRAINING AND CERTIFICATIONS

- National Incident Management System (NIMS/ICS). Level 100, 200, 300, 400, IS700, IS800, IS800.b.
- Structural Collapse Rescue Technician.  University of Illinois Fire Service Institute.
- Urban Search & Rescue Structures Specialist (StS1). FEMA / United States Army Corps of Engineers.
- Urban Search & Rescue Advanced Structures Specialist (StS2).  FEMA / United States Army Corps of Engineers.
- Incident Support Team (IST) Training Program. DHS/FEMA National US&R Response System.
- Planning Section Training Program.  DHS/FEMA National US&R Response System.
- Rope Rescue, Operations Level.  IL Fire Service Institute /  National Fire Academy.
- Industrial Rope Access (High Angle) Level I.  Vertical Access, LLC. Ithaca NY.
- NFPA 1500.  Confined Space Entry
- ASME/OSHA Advanced Rigging.  Crosby Group.
- 29 CFR 1910.134.  Respiratory Protection and Fit Testing for SCBA, APR, PAPR.
- Post-Earthquake Safety Evaluation of Buildings Certified (ATC-20). Reg. No. EQ0304 - IL Emergency Management Agency.
- Certified Trainer: ATC-45 Safety Evaluation of Buildings After Windstorms and Floods.  ATC.
- Certified Trainer: CalOES SAP. State of California Emergency Management Agency Safety Assessment Program.
- Trench Collapse Shoring & Rescue (Level I). University of Maryland Fire and Rescue Institute (MFRI).
- Hazardous Materials Operations Level Certified (OSHA 29 CFR 1910.120).
- Instructor I - National Fire Academy/NFPA Level I, Nassau County Fire Service Academy.
- Assistant Fire Inspector.  Office of the Fire Marshal, County of Nassau, State of New York.
- Fire Police Certified (New York State Peace Officer), Nassau County Fire Service Academy.
- Healthcare Provider/CPR, AED Certified.  American Heart Association.
- Emergency Vehicle Operator/Motor Pump Operator. NY State Office of Fire Prevention and Control.