**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

<table>
<tr><td>

**NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, ET AL.,**

*Plaintiffs,*

*vs.*

**STEVENS & WILKINSON, INC., ET AL.,**

*Defendants.*

</td><td>

**Civil Action No. 1:26-cv-02096**

</td></tr>
</table>

## ADDENDUM TO WAIVER OF THE SERVICE OF SUMMONS

I have received the request to waive service of a summons in this action and I agree to waive the service of a summons on the below-listed parties whom I represent:

1. Vanessa Williams and Angela Mosley, as the Surviving Children of Jacqueline Crews Carter and as Personal Representatives of the Estate of Jacqueline Crews Carter;

2. Karen Thomas as Surviving Spouse of Isaiah Thomas, and Kisha Haraway as Personal Representative of the Estate of Isaiah Thomas;

3. Vaughn Hassan as the Surviving Child of Carlotta McIntosh and as Personal Representative of the Estate of Carlotta McIntosh;

4. Thomas Tucker as the Surviving Child of Cynthia Gibbs and as Personal Representative of the Estate of Cynthia Gibbs;

5. Regina Brinson;

6. Marsha Armstrong;

7. Joe Young;

8. Joann Ross;

9. Yvonne Brockington;

10. Dianne Medley-Bloodworth;

11. Raymond Bloodworth;

12. Bertha McKnight;

13. Erica Jeter;

14. Pearl Davis;

15. Paul LeBlanc;

16. Ophelia Grant;

17. Beverly Sims;

18. Irvin Jones;

19. Juniper DiGiovanni;

20. Grady Anderson;

21. Pamela Grovner;

22. Theodorsia Rubenstein;

23. Kyle Alexander Bailey;

24. Alexander Henderson;

25. Reginald Hall;

26. Iregene Grovner, Jr.;

27. Bobby Grovner;

28. Barbie Brooksher;

29. Yvonne Jackson Grovner;

30. Linda David; and

31. Katrena Alexander.

Dated: May 15, 2026
                                    **SALTZ MONGELUZZI BENDESKY P.C.**

                                    By: */s/ Samuel B. Dordick*
                                    Jeffrey P. Goodman, Esq. (PA ID 309433)
                                    Samuel B. Dordick, Esq. (PA ID 322647)
                                    Jordan L. Howell, Esq. (PA ID 317159)
                                    Max H. Dehon, Esq. (PA ID 334148)
                                    1650 Market Street, 52nd Floor
                                    Philadelphia, PA 19103
                                    Tel: (215) 496-8282
                                    Fax: (215) 496-0999
                                    jgoodman@smbb.com
                                    sdordick@smbb.com
                                    jhowell@smbb.com
                                    mdehon@smbb.com


                                    **BEN CRUMP LAW, PLLC**

                                    */s/ Liza A. Park*
                                    Liza A. Park
                                    Georgia Bar No. 714092
                                    liza@bencrump.com
                                    5 Cowboys Way, Suite 300
                                    Frisco, Texas 75034
                                    Tel: (404) 850-8922
                                    Fax: (972) 433-0111

                                    Paul A. Grinke
                                    Texas Bar No. 24032255
                                    paul@bencrump.com
                                    5 Cowboys Way, Suite 300
                                    Frisco, Texas 75034
                                    Tel: (972) 942-0494
                                    Fax: (972) 433-0111

This 15th day of May, 2026.

AS APPROVED BY:

*/s/ V. Phillp Hill IV*
V. Phillip Hill IV
Georgia Bar No. 637841
**GORDON REES SCULLY MANSUKHANI, LLP**
55 Ivan Allen Jr. Blvd., NW
Suite 750
Atlanta, Georgia 30308
(404) 869-9054
phill@grsm.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 15th day of May, 2026, served a copy of the foregoing upon all parties to this matter by efiling the same with the Court's electronic filing system, which will cause a copy to be electronically served on all counsel of record.

**GORDON REES SCULLY
MANSUKHANI, LLP**

*/s/ V. Phillip Hill IV*
COUNSEL