**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD AND THE CONTINENTAL INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:26-cv-02096 |
| v. | ) ) ) | |
| Stevens & Wilkinson, Inc., et al, | ) ) | |
| Defendants. | ) ) ) ) | |

## NOTICE OF APPEARANCE OF LAWRENCE J. BRACKEN II

In accordance with Local Rule 83.1(D), Lawrence J. Bracken II enters a

notice of appearance as counsel of record for defendants Stevens & Wilkinson, Inc.

and Stevens & Wilkinson, GA, Inc.  Please enter this notice on the docket and

records of the Court, and provide the undersigned with all notices required by law.

Respectfully submitted this 10th day of June, 2026.

 s/ Lawrence J. Bracken II
Lawrence J. Bracken II
Georgia Bar No. 073750
lbracken@hunton.com
Georgia Bar No. 132078

HUNTON ANDREWS KURTH LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia  30308-2216
Telephone:  (404) 888-4000
Facsimile:  (404) 888-4190

***Counsel for Stevens & Wilkinson, Inc.
and Stevens & Wilkinson, GA, Inc.***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **NOTICE OF APPEARANCE OF LAWRENCE J. BRACKEN II** was filed electronically with the Court.  Notice of this filing will be sent to all counsel of record via the Court's CM/ECF filing system.

This 10th day of June, 2026.

 s/ Lawrence J. Bracken II

Lawrence J. Bracken II